N.L. Hanover, Trustee
3600 Lime Street, Suite #616
Riverside, CA 92502-1300
Telephone: (951) 276-9292

Chapter 7 Trustee

ORIGINAL

FILED
DEC 28 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL
RIVERSIDE

In re

DANCO COATING SERVICES INC

            Debtor.

) Case No. 6:-03-20679-MJ
) Chapter 7
)
)
) **NOTICE OF UNCLAIMED**
) **DIVIDENDS**
) **3011**
)
)

**TO MICHAEL E. ROTBERG, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto Check No. 328 in the sum of $273.27 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: 12/21/09

_____
N.L. HANOVER
Chapter 7 Trustee

-1-

## ATTACHMENT NO. 2

### LISTING OF DIVIDEND PAYMENTS
(EACH CREDITOR CLASS SHOULD BE LISTED SEPARATELY)

CLASS OF CREDITOR BEING PAID:     Bankruptcy Procedure 3011

PERCENTAGE PAID ON CLAIM:         0.0000%

AMOUNT/BALANCE TO DISTRIBUTE:     $0.00

| CLAIM NUMBER | NAME & ADDRESS OF CLAIMANT | AMOUNT OF ALLOWED CLAIM | INTERIM PAYMENT | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| #02 | MILLER & HOOKER CPAS<br>1132 E ALOSTA AVE<br>GLENDORA, CA 91740 | $575.00 | | $105.63 |
| #03 | CINTAS FIRST AID AND SAFETY<br>P.O. BOX 6718<br>ORANGE, CA 92863-6718 | $32.92 | | $6.05 |
| #19 | DOCUMEDIA GROUP<br>1700 S GRAND AVE<br>SUITE #494<br>SANTA ANA, CA 92705 | $879.63 | | $161.59 |
| | TOTALS: | $1,487.55 | $0.00 | $273.27 |

CASE NUMBER:     RS-03-20679-MJ

CASE NAME:       DANCO COATING SERVICES INC

* Total also includes employee taxes withheld.